UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| STRATEGIC iQ, LLC, | ) | Case No. 22-41595 |
| | ) | |
| Debtor. | ) | Hon. Thomas J. Tucker |
| | ) | |
| | ) | **Adv. Pro. No. 24-04446-tjt** |
| DONYATI, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STRATEGIC iQ, LLC, | ) | |
| KENNETH DOWD, | ) | |
| DAVID PAVLOV, and | ) | |
| CHARLES M. MOURANIE, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S WITNESS LIST

Plaintiff sets forth the following list of presently known witnesses in this matter and reserves the right to amend and/or supplement this list at any time while this matter is pending. Plaintiff does not stipulate to the relevancy or admissibility of any witness testimony by identifying any potential witness in this filing. Plaintiff does not waive and expressly reserves all of its rights to object to the admission of any witness testimony at the time of trial.

1. Moe Gohary c/o Honigman LLP;

2. Havagi Sidram c/o Honigman LLP;

3. Michael Boudreau (expert witness) c/o Honigman LLP;

4. Charles M. Mouranie c/o Schafer & Weiner PLLC;

5. Kenneth Dowd c/o Robert Bassel, Esq.;

1

6. Evan Dowd, 2444 Findley Cir, Lake Orion, MI 48360;

7. Andrea Pavlov, 2450 Autumn Ridge, Saint Joseph, MI 49085;

8. Michael J. Pavlov, 2450 Autumn Ridge, Saint Joseph, MI 49085;

9. Bethany M. Pavlov, 2450 Autumn Ridge, Saint Joseph, MI 49085;

10. David Pavlov c/o David B. Viar, Esq.;

11. Current and former representatives, including documents custodians of Donyati, LLC c/o Honigman LLP;

12. Current and former representatives, employees, contractors and documents custodians of SIQ Analytics, LLC c/o David B. Viar, Esq.;

13. Current and former representatives, employees, contractors and documents custodians of Strategic iQ, LLC c/o Robert Bassel, Esq.;

14. Current and former representatives, including documents custodians of current, former and prospective targets, restricted customers, and customers of Strategic iQ, LLC and SIQ Analytics, LLC, including but not limited to:



a. AEO INFORMATION REDACTED
b.
c.
d.
e.
f.
g.

h. **AEO INFORMATION REDACTED**
i.
j.

k.

l.

m.

n.

o.

p.

q.

r.

s.

t.

u.

v.

w.

x.

y. AEO INFORMATION REDACTED

z.

aa.

bb.

cc.

dd.

ee.

ff.

gg.

hh.

ii.

jj.

kk.

ll.

m

nn. AEO INFORMATION REDACTED

oo. AEO INFORMATION REDACTED

15. All witnesses on the witness list(s) of Defendants;

16. Potential witnesses or potential expert witnesses who may be identified as a result of discovery in this matter;

17. Additional expert witnesses of all parties yet to be determined;

18. Any and all witnesses identified in any deposition, affidavit, discovery response, or otherwise revealed during the course of discovery;

19. Any and all witnesses identified in any document produced, or that should have been produced, during discovery or listed on any exhibit list;

20. Any and all rebuttal witnesses;

21. Any impeachment witnesses; and

22. Any foundational witnesses necessary to establish and lay foundation for and/or to authenticate any documents, exhibits or demonstrative evidence which may be used at the time of trial.

Plaintiff reserves the right to amend and/or supplement this Witness List at any time.

Respectfully submitted,

HONIGMAN LLP

Dated: November 11, 2025

*/s/ Brandon J. Wilson*
Brandon J. Wilson
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7616
bwilson@honigman.com

*Attorneys for Plaintiff*