UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

|                              |                        |
|------------------------------|------------------------|
| STRATEGIC iQ, LLC,           | Case No. 22-41595      |
|                              | Chapter 11             |
| Debtor.                      | Judge Thomas J. Tucker |
| _____/     |                        |
| DONYATI LLC,                 |                        |
| Plaintiff,                   |                        |
| vs.                          | Adv. No. 24-4446       |
| STRATEGIC iQ LLC, *et al*.,  |                        |
| Defendants.                  |                        |
| _____/     |                        |

**ORDER GRANTING THE PLAINTIFF'S MOTION FOR ISSUANCE OF A NEW
SCHEDULING ORDER, ADJOURNING THE FINAL PRETRIAL CONFERENCE AND
TRIAL, AND CANCELLING THE MARCH 16, 2026 HEARING**

This adversary proceeding is scheduled for a telephonic hearing on March 16, 2026 at
9:00 a.m. on the Plaintiff's motion entitled "Plaintiff's Motion for Issuance of a New Scheduling
Order" (Docket # 95, the "Scheduling Order Motion").  The Court has reviewed the paper on
March 11, 2026, entitled "Parties' Joint Discovery Plan" (Docket # 132, the "Joint Status
Report").  The Court finds good cause to enter this Order.

IT IS ORDERED that the Scheduling Order Motion is granted, subject to the terms of this
Order.

IT IS FURTHER ORDERED that the telephonic hearing on the Scheduling Order
Motion, scheduled for Monday, March 16, 2026 at 9:00 a.m., is cancelled.

IT IS FURTHER ORDERED that the Court approves the proposed deadlines contained in
the Joint Status Report, and therefore establishes the following new deadlines for this adversary
proceeding:

| Event | New Deadline |
|-------|--------------|
| Initial Disclosures | April 8, 2026 |

| Event | New Deadline |
| --- | --- |
| Witness Lists Filed | July 1, 2026 |
| Reports from Plaintiff's retained experts | August 3, 2026 |
| Reports from Defendants' retained experts | September 14, 2026 |
| Completion of Discovery | October 30, 2026 |
| Deadline to Confer Regarding Mediation | November 13, 2026 |
| Dispositive Motion Filing Deadline | December 18, 2026 |

IT IS FURTHER ORDERED that the final pretrial conference, currently scheduled for March 30, 2026 at 9:00 a.m., is adjourned to **January 11, 2027 at 9:00 a.m.** The final pretrial conference will be held by telephone. At least five minutes before the scheduled time for hearing, counsel and parties, and all other persons wishing to attend the conference, should call (202) 503-1666 and use Conference ID 654 240 580#.

IT IS FURTHER ORDERED that a Joint Final Pretrial Order prepared in accordance with L.B.R. 7016-1(E.D. Mich.) must be submitted to Judge's chambers **no later than five days before the Final Pretrial Conference (*i.e.*, no later than the Wednesday before the Final Pretrial Conference, which is scheduled for a Monday). *This proposed order must be submitted electronically, through the Court's order submission program.* In addition, a stipulation to the entry of the proposed Joint Final Pretrial Order, with the proposed Joint Final Pretrial Order attached, must be filed in this adversary proceeding no later than five days before the Final Pretrial Conference.** *See* L.B.R. 7016-1(a)(3)(E.D. Mich.).

IT IS FURTHER ORDERED that the trial, currently scheduled for April 23, 2026 at 9:00 a.m., is adjourned to **January 28, 2027 at 9:00 a.m.** The trial will be held in person, rather than remotely by telephone or video conference, and will be held in Courtroom 1925, 211 Fort Street, Detroit, Michigan.

**Signed on March 12, 2026**



/s/ Thomas J. Tucker

**Thomas J. Tucker**
**United States Bankruptcy Judge**